FILED
SUPERIOR COURT
OF GUAM

2018 FEB -7 PM 2: 35

CLERK OF COURT

By:_____

## IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| THE PEOPLE OF GUAM, | CRIMNAL CASE NO. CM 0091-16 |
| Plaintiff, | |
| v. | DECISION AND ORDER |
| FRANKLIN JOSEPH LIZAMA CALVO, JR., (DOB: 12/06/1970) | |
| Defendant. | |

## INTRODUCTION

This matter came before the Honorable Arthur R. Barcinas on December 21, 2017, upon Defendant's Oral Motions for Dismissal and Expungement. Defendant Franklin Joseph Lizama Calvo, Jr. was represented by Assistant Public Defender Richard Dirkx. The People of Guam ("People"), were represented by Assistant Attorney General Thomas Neuman. The Court granted Defendant's oral Motion for Dismissal during the December 21, 2017, and took Defendant's oral Motion for Expungement under advisement. Having reviewed the arguments, the Court GRANTS Defendant's oral Motion for Expungement. The Court further reiterates its previous decision and GRANTS Defendant's oral Motion for Dismissal, and DISMISSES this instant case, CM 0091-16, with prejudice.

## BACKGROUND

Defendant was first charged with one count of Family Violence (as a Misdemeanor) on February 4, 2016. Defendant was committed to the Department of Corrections with a cash bail amount set at $1000.00. Defendant waived his right to speedy trial on February 10, 2016. On

July 7, 2016, Defendant took a deferred plea agreement and pled guilty to the crime of Family Violence (as a Misdemeanor).

On December 21, 2017, Defendant appeared before the Court for a hearing on his fourth violation of his terms of probation. At the hearing, Probation stated that Defendant completed the treatment pursuant to the terms of his deferred plea agreement except for $80 in court costs. Defendant also made oral Motions for Dismissal and Expungement. The Court waived Defendant's costs in the interest of justice. The People did not oppose Defendant's oral motion for dismissal but opposed Defendant's oral motion for expungement.

The Court granted Defendant's Motion for Dismissal, and at the conclusion of the hearing, the Court took Defendant's oral Motion for Expungement under advisement.

# DISCUSSION

Defendant requests the Court to expunge the facts of this case. The family violence chapter requires the Court to expunge a defendant's arrest record upon defendant's completion of his deferred plea agreement. Chapter 30 of Title 9 Guam Code Annotated, Section 30.80.4 states in relevant part:

> Any records filed with the Guam Police Department and the Office of the Attorney General, Prosecution Division, shall set out the disposition of those cases for which a deferred guilty plea has been dismissed pursuant to § 30.80.1 of this Chapter. Upon successful completion of a deferred plea agreement, the arrest upon which the deferral of plea was based shall be expunged, as provided by Chapter 11 of Title 8, Guam Code Annotated.

The Court found at the December 21, 2017 hearing that Defendant satisfactorily completed the terms of his Deferred Plea Agreement. Therefore, the Court finds that 9 GCA § 30.80.4 requires the Court to expunge Defendant's record of arrest. Accordingly, the Court GRANTS Defendant's oral Motion for Expungement. The Court ORDERS the Clerk's Office and all relevant keepers of official records to expunge the records of Defendant's arrest underlying this instant case.

Further, the Court finds that 9 GCA § 30.80.3 requires the Court to dismiss the charge of Family Violence (as a Misdemeanor) upon Defendant's satisfactory completion of the terms of his Deferred Plea Agreement. Therefore, the Court reiterates its previous ruling and GRANTS

Defendant's oral Motion for Dismissal. Accordingly, the Court DISMISSES this instant case, CM 0091-16, with prejudice.

## CONCLUSION

For the reasons set forth above, the Court GRANTS Defendant's oral Motion for Dismissal. Further the Court DISMISSES this instant case, CM 0091-17, with prejudice.

For the reasons set forth above, the Court GRANTS Defendant's oral Motion for Expungement. The Court ORDERS the Clerk's Office and all relevant keepers of official records to expunge the records of Defendant's arrest underlying this instant matter.

**IT IS SO ORDERED** FEB 0 7 2018 .

**HONORABLE ARTHUR R. BARCINAS**
**Judge, Superior Court of Guam**

SERVICE VIA COURT BOX

I acknowledge that a copy of the
original hereto was placed in the
court box of:

*AG, PDSC*

FEB 0 7 2018 3pm
Date:_____Time:_____

_____
Deputy Clerk, Superior Court of Guam